nied as it does not appear from the record that there is a final judgment. *Mr. Harry O. Glasser* for petitioner. *Messrs. W. P. McGinnis, Donald Prentice,* and *W. Tom Anglin* for respondent.

No. 370. AMERICAN PAPER GOODS Co. *v.* UNITED STATES. November 8, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. M. Manning Marcus* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 408. TRUSTEES OF SOMERSET ACADEMY ET AL. *v.* PICHER, RECEIVER. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harvey D. Eaton* for petitioners. *Mr. F. Harold Dubord* for respondent.

No. 412. WABASH RAILWAY Co. *v.* JENKINS, ADMINIS-TRATOR. November 8, 1937. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. *Messrs. N. S. Brown* and *Homer Hall* for petitioner. *Messrs. C. W. Prince, James N. Beery, Fenton Hume,* and *Walter A. Raymond* for respondent.

No. 417. DAVID BUTTRICK Co. ET AL. *v.* UNITED STATES ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Brenton K. Fisk* and *Andrew J. Aldridge* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. John S. L. Yost* for respondents.